UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ELLIOT J. SCHONBRUN,

                               Plaintiff,                  13-CV-4852

    -against-                                         RULE 7.1 (a) DISCLOSURE

AMTRAK, METROPOLITAN
TRANSPORTATION AUTHORITY and THE
LONG ISLAND RAIL ROAD,

                               Defendant.
----------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant states that Defendant is a New York State public benefit corporation organized under the laws of the State of New York. Defendant is a subsidiary of the Metropolitan Transportation Authority ("MTA"). Other subsidiaries of the MTA are MTA Metro-North Commuter Railroad, MTA New York City Transit, MTA Bridges and Tunnels, MTA Capital Construction, MTA Bus Company and MTA Staten Island Railway.

Dated:      Jamaica, New York
             October 7, 2013

                                                            **Thomas L. Chiofolo (1997)**